UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STAR OF THE WEST MILLING
COMPANY and STAR OF THE WEST
MILLING COMPANY EMPLOYEE
BENEFIT PLAN,

    Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF
MICHIGAN,

    Defendant.

Case No: 11-cv-14332

Honorable Victoria A. Roberts

**STIPULATION TO DISMISS**

The parties stipulate to the entry of an Order dismissing this matter with prejudice and without costs.

                            VARNUM LLP
                            *Counsel for Plaintiffs*

Date: October 8, 2014        By: */s/Aaron M. Phelps*
                                       Perrin Rynders (P38221)
                                       Aaron M. Phelps (P64790)
                                       Stephen F. MacGuidwin (P72302)
                              Business Address, Telephone, and E-Mail:
                                       P.O. Box 352
                                       Grand Rapids, MI  49501-0352
                                       (616) 336-6000
                                       prynders@varnumlaw.com
                                       amphelps@varnumlaw.com
                                       sfmacguidwin@varnumlaw.com

          B<small>ODMAN</small> PLC
          *Counsel for Defendant*

Date:  October 8, 2014  By: <u>/s/G. Christopher Bernard</u>
          G. Christopher Bernard (P57939)
        Business Address, Telephone, and E-mail:
          201 S. Division St., Suite 400
          Ann Arbor, MI  48104
          (734) 761-3780
          cbernard@bodmanlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STAR OF THE WEST MILLING COMPANY and STAR OF THE WEST MILLING COMPANY EMPLOYEE BENEFIT PLAN, | Case No: 11-cv-14332 |
| | Honorable Victoria A. Roberts |
| Plaintiffs, | |
| v. | |
| BLUE CROSS AND BLUE SHIELD OF MICHIGAN, | **ORDER TO DISMISS** |
| Defendant. | |

Having considered the parties' Stipulation to Dismiss, it is hereby ordered that all claims raised in this matter are dismissed with prejudice and without costs.

**IT IS SO ORDERED**.

                                              /s/ Victoria A. Roberts
                                              Hon. Victoria A. Roberts
                                              United States District Judge

Dated: October 8, 2014

8810561_1.DOCX